IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2018 APR -6  AM 11: 15

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

| IN RE: | : | CASE NO. | 3:18MJ148 |
|---|---|---|---|
| SEALED SEARCH WARRANT, SEALED SUPPORTING AFFIDAVIT AND RETURN | : : | | |

### ORDER AUTHORIZING THE UNITED STATES TO PROVIDE DEFENSE COUNSEL A COPY OF THE SEALED SEARCH WARRANT, SEALED SUPPORTING AFFIDAVIT AND RETURN WITH LIMITED DISSEMINATION

Upon Motion of the United States and for good cause shown, the United States is hereby authorized to provide F. Arthur Mullins, Esq., counsel for SHAWN BRADLEY, a copy of the sealed Application, Search Warrant, Supporting Affidavit and Return (the "documents") filed in the above-captioned case. No further dissemination of the contents and/or hard copies of the documents is authorized by this order, except that Mr. Mullins may orally read the contents of the documents to his client, SHAWN BRADLEY. Further, the documents shall remain under seal in their entirety until such time as ordered by the Court.

4/6/18
DATE

MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE